UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

In Re:

District Clerk's Office Operations
in Response to COVID-19.

**STANDING ORDER**
Misc. No. 3:20-mc-00122

It is hereby ordered that effective April 1, 2020, in light of the current outbreak of the Coronavirus Disease 19 (COVID-19) in the District of South Carolina and the concerns enumerated in this Court's Standing Order 3:20-mc-105 and to minimize potential exposure to Clerk's Office staff, the Clerk's Offices in our district will remain open subject to the following limitations aimed at maintaining public health:

1. Public intake areas of all divisional Clerk's Offices will be closed to the public in all court locations. However, Clerk's Office staff will be available by telephone, U.S. mail and common courier deliveries will be received and processed, and Clerk's Office staff will be available to support necessary in-court and video teleconference/telephone conference court proceedings.

2. ECF Filing Users: Filings will continue in civil and criminal cases via the electronic case filing system (CM/ECF) for all filing users. Clerk's Office staff will continue to manage cases.

3. Pro Se Filers: Pro se documents will continue to be accepted by U.S. mail and common courier delivery. Pro se filers may submit documents using "drop boxes" at each of the Court's divisional offices in Charleston, Columbia, Florence, and Greenville. Drop box access will be available between the hours of 8:30 a.m. to 4:30 p.m. on business days. Additionally, effective the date of this Order, the Clerk of Court is *temporarily permitted* to accept documents in Portable Document Format (PDF) from pro se litigants by email to pro-se-filings@scd.uscourts.gov. No additional comments, questions, or other messages are to be included in the email. The Court will not read, consider, or respond to any text in the email itself and will only upload attached PDF files. Emailed documents must be signed electronically in the format */s/ Full Name* or signed by hand and scanned.

4. Payments by check or money order will be accepted by U.S. mail, common courier delivery, or courthouse drop boxes. All pro se case initiating documents submitted by U.S. mail, common courier delivery, or courthouse drop boxes must include the required filing fee or an application to proceed *In Forma Pauperis*. If pro se case initiating documents are submitted by email without an application to proceed *In Forma Pauperis*, the Court must receive a check or money order for the required filing fee within 10 days of the date of the email transmission. Required filing fees for email documents not received within the

time specified above will result in a dismissal of the matter without prejudice. Cash payments will NOT be accepted during this period of exigent circumstances.

Payments will continue to be processed via credit card utilizing pay.gov for ECF Filing Users.

The Court will vacate or amend this Standing Order as necessary and appropriate.

**IT IS SO ORDERED** this 31st day of March, 2020.

_R. Bryan Harwell_
R. Bryan Harwell
Chief U.S. District Judge
District of South Carolina